UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:03CR48-V |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **(22) NELSON PINEDA DURANTE** | ) | |

Leave of Court is hereby granted for the dismissal of the Superseding Bill of Indictment filed on June 29, 2004 (as it pertains to **(22) NELSON PINEDA DURANTE** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

This 2nd day of May, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE